IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| THE UNIVISION NETWORK LIMITED, et al.,<br><br>  Plaintiffs/Counter-Defendants<br><br>v.<br><br>NUESTRA BELLEZA LATINA PUERTO RICO, INC., et al.,<br><br>  Defendants/Counter-Claimants | CIVIL NO. 07-1130 (JP) |

**FINAL JUDGMENT**

The Court has before it a joint "Stipulation of Dismissal as to all Claims and Counterclaims" (**No. 50**) filed by all parties to the present action. Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Court **ENTERS JUDGMENT DISMISSING WITH PREJUDICE** the complaint and all counterclaims.

This judgment is entered without the imposition of costs or attorneys' fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 18th day of June, 2007.

                                              s/Jaime Pieras, Jr.
                                              JAIME PIERAS, JR.
                                U.S. SENIOR DISTRICT JUDGE